UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT WIEDERHOLD, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>Defendant. | Case No.: 16-cv-2040 RMW<br><br>[~~PROPOSED~~] ORDER<br><br>HON. RONALD M. WHYTE |

Based upon Plaintiff's Voluntary Dismissal, and good cause, this Court hereby orders the Action to be, and is, dismissed without prejudice. Each Party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: July 6, 2016

*Ronald M. Whyte*

HON. RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE